# In the United States Court of Appeals for the First Circuit

---

DENHAM CAPITAL MANAGEMENT LP;
DENHAM CAPITAL MANAGEMENT GP LLC, TAX MATTERS PARTNER,

*Petitioners-Appellants,*

v.

WILLIAM HOLLIS LONG, II,
COMMISSIONER, INTERNAL REVENUE SERVICE,

*Respondent-Appellee.*

---

On Appeal from the United States Tax Court,
No. 9973-23

## MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE THE REAL ESTATE ROUNDTABLE, INC.

Zachary Ingber respectfully requests to withdraw as counsel for *amicus curiae* The Real Estate Roundtable, which is represented by Sullivan & Cromwell LLP. Mr. Ingber is leaving Sullivan & Cromwell, effective January 6, 2026. The Real Estate Roundtable will continue to be represented by David Rein, David Spitzer, Isaac Wheeler, Mark Popovsky, and David Whalen of Sullivan & Cromwell.

Dated: January 5, 2026
New York, New York

Respectfully submitted,

/s/ Zachary R. Ingber
Zachary R. Ingber
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000

*Counsel for Amicus Curiae*
*The Real Estate Roundtable, Inc.*

# CERTIFICATE OF COMPLIANCE

This motion complies with the length limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 59 words.

This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionately spaced typeface using Century Schoolbook 14-point font.

January 5, 2026

/s/ Zachary R. Ingber
Zachary R. Ingber

*Counsel for Amicus Curiae*
*The Real Estate Roundtable, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, I caused the foregoing motion to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the Court's CM/ECF system, which will cause service of the motion on all registered CM/ECF users.

January 5, 2026

/s/ Zachary R. Ingber
Zachary R. Ingber

*Counsel for Amicus Curiae*
*The Real Estate Roundtable, Inc.*